Thomas Cross Jr.
TDCJ-ID # 1721248
Beto Unit
1391 FM 3328
Tennessee Colony, Tx 75880

83,356-01
RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

Clerk of Court
Court of Crim. App.
Abel Acosta
P.O. Box 12308 - Capitol Station
Austin, Tx 78711

Date July 21st, 2015

Dear Clerk,

Enclosed, please find a copy of my correspondence with the trial court in regards to Exparte Thomas Darrell Cross Jr, WR-83,356-01, Tr. Ct. No. CR27615-B. Please file this document with all other papers in this cause. Thank you.

Respectively,

Thomas Cross
TDCJ-ID # 1721248

Thomas Cross Jr
TDCJ-ID# 1721248
Beto Unit
1391 FM 3328
Tennessee Colony, Tx 75880


Judge Mark Morefeild
1923 Sam Houston Ave Rm 304
Liberty, Texas 77575                    Date: July 21st, 2015

Re: Exparte Thomas Darrell Cross Jr, WR-83,356-01, Trial ct.
        No CR27615-B

Your Honor,

        Respectively, I've Repeatedly Requested that The Clerk Please Send Me A Copy of Your "Order Designating Controverted, Unresolved Issues" In ~~Regar~~ Regards to The Above Styled and Numbered Writ And "The States Response" Thereto If One Has Been Filed. Sir, Can You Please Order the Clerk And District Attorney To Adhere To Art. 11.07 sec 7 And ~~Provi~~ Provide Me With Copies of These Documents In Accord With The Law.

Page 1

MY PLEA FOR THESE DOCUMENTS HAVE WENT UNANSWERED. CAN YOU PLEASE HELP ME GET THEM. THANK YOU.

RESPECTFULLY,

_____
THOMAS CROSS
TDCJ-ID# 1721248

C.C.: -FILE-

LIBERTY COUNTY D.A.

COURT OF CRIMINAL APPEALS